IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03061-WJM-MJW

SCARLET RANCH, a privately owned club;
BRADLEY MITCHELL;
KENDALL SEIFERT; and
ERIN SCHREIBERG,

      Plaintiffs,

v.

SERGEANT DANIEL STEELE;
SERGEANT ANDREW HOWARD;
OFFICER CHRIS SCHOTTS;
OFFICER NICK RANDOLPH;
OFFICER PHILIP COLEMAN;
OFFICER ROBERT FAMBROUGH;
OFFICER ANTONIO GUARDADO;
JOHN DOE OFFICERS I-III; and
THE CITY AND COUNTY OF DENVER, COLORADO,

      Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION FOR UNIFORM RESPONSIVE PLEADING DEADLINE
( Docket no. X )

**THIS MATTER,** having come before the Court, the Court having received and reviewed the Unopposed Motion for Uniform Responsive Pleading Deadline and the file, having considered said Motion and being fully advised in the premises, the Court hereby

**ORDERS** that the Unopposed Motion for Uniform Responsive Pleading Deadline is granted. The responsive pleading deadline for all Defendants in this matter is hereby set as January 11, 2012.

**DATED** this _____ day of _____, 2011.

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

00580456.DOC