IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  11-cv-03061-WJM-MJW

SCARLET RANCH;
BRADLEY MITCHELL;
KENDALL SEIFERT; and,
ERIC SCHREIBERG,

Plaintiff(s),

v.

SERGEANT DANIEL STEELE;
SERGEANT ANDREW HOWARD;
OFFICER CHRIS SCHOTTS;
OFFICER NICK RANDOLPH
OFFICER PHILIP COLEMAN;
OFFICER ROBERT FAMBROUGH;
OFFICER ANTONIO GUARDADO;
JOHN DOE OFFICERS I-III; and,
THE CITY AND COUNTY OF DENVER, COLORADO,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Unopposed Motion for Entry of Stipulation and Protective Order (docket no. 20) is GRANTED finding good cause shown.  The written Stipulation and Protective Order (docket no. 20-1) is APPROVED as amended in paragraph 15 and made an Order of Court.

Date:  March 12, 2012